UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



ANDREWS ODURO BROWN,

    Petitioner,

v.

PAM BONDI, Attorney General of the United States, et al.,

    Respondents.

25-CV-6272 FPG

ORDER

*Pro se* Petitioner, Andrews Oduro Brown, is a civil immigration detainee currently confined at the Buffalo Federal Detention Facility. Petitioner has filed a Petition for a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1.

## DISCUSSION

The filing fee for a petition for a writ of habeas corpus is $5.00. 28 U.S.C. § 1914(a). Whenever a civil immigration detainee submits a petition for a writ of habeas corpus, the prisoner must either (1) pay the filing fee or (2) submit a motion to proceed *in forma pauperis*. Under 28 U.S.C. 1915(a)(1), the *in forma pauperis* motion must include an affidavit or affirmation establishing that the petitioner is unable to pay the fees and costs for the proceedings.

Here, Petitioner did not pay the $5.00 filing fee, nor did he submit a motion to proceed *in forma pauperis*.

## CONCLUSION

For the reasons set forth above, the Clerk of Court shall administratively terminate the Petition without prejudice. Petitioner is granted leave to reopen, no later than **30 days from the date of this Order,** by either (1) paying the $5.00 filing fee or (2) submitting a motion to proceed *in forma pauperis* that establishes Petitioner's inability to pay fees and costs.

## ORDER

IT IS HEREBY ORDERED that the Clerk of Court shall administratively terminate this action without prejudice without filing the Petition or assessing a filing fee; and it is further

ORDERED that the Clerk of Court shall send to Petitioner a form motion to proceed *in forma pauperis*; and it is further

ORDERED that if Petitioner wishes to reopen this action, by **30 days from the date of this Order,** Petitioner must submit either (1) a motion to proceed *in forma pauperis* that includes an affidavit or affirmation establishing the inability to pay fees and costs or (2) the $5.00 filing fee; and it is further

ORDERED that upon Petitioner's submission of either (1) a motion to proceed *in forma pauperis* or (2) the $5.00 filing fee, the Clerk of Court shall reopen this case.

SO ORDERED.

Dated: May 29, 2025
Rochester, New York

HON. FRANK P. GERACI, JR.
UNITED STATES DISTRICT JUDGE

2