Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

Andrews Oduro Brown,
Plaintiff

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 25-CV-6272

v.

Pam Bondi, et al,
Defendants

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is administratively terminated.

Date: May 29, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Dawn K.
    Deputy Clerk