PS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANDREWS ODURO BROWN,

    Petitioner,

v.

PAM BONDI, Attorney General,

    Respondent.[1]

6:25-CV-6272-FPG
ORDER

---

*Pro se* Petitioner, Andrews Oduro Brown, is a civil immigration detainee currently held at the Buffalo Federal Detention Facility. Petitioner claims that he is being detained in United States Immigration and Customs Enforcement custody pending removal proceedings in violation of the United States Constitution. Therefore, Petitioner seeks relief under 28 U.S.C. § 2241.

Petitioner initially filed a Petition, ECF No. 1, and has since filed an Amended Petition, ECF No. 4, which is the operative pleading. Petitioner has also filed an application to proceed *in forma pauperis*, ECF No. 6, which is granted. 28 U.S.C. § 1915(a)(1).

Petitioner seeks additional relief in motions to appoint counsel, ECF No. 5, and for release, ECF No. 7.

---

[1] The Clerk of Court is directed to amend the caption as it appears above.

## **DISCUSSION**

A.  **Motion to Appoint Counsel**

Pursuant to the Criminal Justice Act ("CJA") (18 U.S.C. § 3006A), "[w]henever . . . the court determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . is seeking relief under section 2241 . . . of title 28." 18 U.S.C. § 3006A(a)(2)(B).

"[T]he three relevant factors under § 3006A(2)(B) are: (1) the applicant has brought an action for relief under one of the federal habeas statutes, 28 U.S.C. §§ 2241, 2254, or 2255; (2) the applicant is financially eligible; and (3) the interests of justice require appointment of counsel." *Thomas v. Searls*, 515 F. Supp. 3d 34, 38 (W.D.N.Y. 2021).

In addition, when determining whether the interests of justice warrant the appointment of CJA counsel, "[c]ourts in this circuit have looked to such factors as the petitioner's likelihood of success on the merits, the complexity of the legal issues raised by the petition, and the petitioner's ability to investigate and present the case." *Id.* at 39.

At this early stage, Petitioner's motion to appoint counsel is granted. Petitioner meets the first two criteria. He brings this action under 28 U.S.C. § 2241 and has indicated through his motion to proceed *in forma pauperis* that he is indigent. ECF No. 6. Further, Petitioner has stated that because he is in immigration custody, he cannot access many of the documents required to present his case. A hearing may also be required in Petitioner's case. While it is premature to assess the merits of the case at this stage, Petitioner has demonstrated that the interests of justice favor the appointment of counsel. The Court does not intend to suggest that Petitioner will succeed on this or any other claim, but only wishes to emphasize the benefit counsel can provide given the

2

nature of the legal issues. *Pressley v. Rich*, 20-CV-6428-FPG, 2021 WL 4912945, at *1 (W.D.N.Y. Oct. 21, 2021). Accordingly, his motion is granted.

## ORDER

IT IS HEREBY ORDERED that Petitioner's motion to proceed *in forma pauperis*, ECF No. 6, is granted; and it is further

ORDERED that Petitioner's motion to appoint counsel, ECF No. 5, is granted; and it is further

ORDERED that within **45 days** of the date of this Order, Respondents shall file and serve an **answer** responding to the allegations in the Amended Petition, ECF No. 4; and it is further

ORDERED that within **45 days** of the date of this Order, Respondents shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues raised in the Amended Petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that within **45 days** of the date of this Order, instead of an answer, Respondents may file a **motion to dismiss** the Amended Petition, accompanied by appropriate exhibits demonstrating that an answer to the Amended Petition is unnecessary; and it is further

ORDERED that within 45 days of the date of this Order, Respondents shall file and serve a response to Petitioner's motion for release, ECF No. 7; and it is further

ORDERED that Petitioner shall have **25 days** after service of the answer or motion to dismiss to file a **written response,** including a reply in further support of his motion for release, ECF No. 7; and it is further

ORDERED that the Clerk of Court shall serve a copy of the Amended Petition, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov.

**PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR RESPONDENTS.**

SO ORDERED.

Dated:   June 25, 2025
         Rochester, New York

_____
HON. FRANK P. GERACI, JR.
UNITED STATES DISTRICT COURT